IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ERICK PETERSON,

                        Plaintiff,

   v.

MICHAEL MEISNER, JANEL NICKEL,
LON BECHER, TIMOTHY CASIANA, BLOUNT,
NATHAN PRESTON, TRACY KOPFHAMER,
BENJAMIN NEUMAIER, SCOTT ROYCE,
TRAVIS HAAG, HAUTAMAKI, DALIA SULIENE,
MELISSA THORNE, EMILY, KAREN ANDERSON,
JOANNE LANE, CINDY FRANCOIS,
CINDY O'DONNELL, DEIRDNE MORGAN,
CHARLES COLE, DENNIS SCHUH,
CHARLES FACKTOR, DENNIS RICHARDS, and
ALEXANDER AGNEW,

                        Defendants.

ORDER

15-cv-49-jdp

---

On May 17, 2016, the court issued an order informing the parties that defendant Charles Cole is deceased and explaining that if no party moves to substitute defendant Cole's estate by August 10, 2016, the court will dismiss plaintiff's claim against him. Dkt. 16. On July 8, 2016, I denied plaintiff's attempt to replace defendant Cole with "the next complaint examiner in Madison." Dkt. 32. I warned plaintiff that if he did not move to substitute the proper party—i.e., defendant Cole's *estate*—as a defendant by August 10, 2016, I would dismiss defendant Cole from the case.

August 10 has come and gone, and no one has moved to substitute defendant Cole's estate. Accordingly, IT IS HEREBY ORDERED that defendant Charles Cole is DISMISSED from this case. The clerk's office will update the caption accordingly.

Entered August 23, 2016.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge