IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERICK PETERSON,

    Plaintiff,

v.

Case No. 15-cv-49-jdp

MICHAEL MEISNER, JANEL NICKEL, LON BECHER, TIMOTHY CASIANA, BLOUNT, NATHAN PRESTON, TRACY KOPFHAMER, BENJAMIN NEUMAIER, SCOTT ROYCE, TRAVIS HAAG, MORGAN, HAUTAMAKI, MARY LEISER, DALIA SULIENE, MELISSA THORNE, EMILY STEELE, KAREN ANDERSON, JOANNE LANE, CINDY FRANCOIS, CINDY O'DONNELL, DEIRDRE MORGAN, CHARLES COLE, DENNIS SCHUH, CHARLES FACKTOR, DENNIS RICHARDS, AND ALEXANDER AGNEW,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/                                                             10/10/2019
Peter Oppeneer, Clerk of Court                   Date